

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00572-CV

| | | |
|---|---|---|
| TEXAS HEALTH HARRIS METHODIST HOSPITAL FORT WORTH, Appellant | § | On Appeal from County Court at Law No. 3 |
| | § | of Tarrant County (2016-003319-3) |
| V. | | |
| | § | December 23, 2025 |
| STEPHEN FEATHERLY, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete $9,056 from the fees awarded to Thomas Michel, thus resulting in an award of $96,210 in attorney's fees to him. It is ordered that the judgment of the trial court is affirmed as modified.

It is further ordered that Appellant Texas Health Harris Methodist Hospital Fort Worth shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
    Justice Dabney Bassel